ACCEPTED
04-13-00445-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/23/2015 1:17:01 PM
KEITH HOTTLE
CLERK

# Hornberger Sheehan Fuller & Garza
### INCORPORATED

DAVID W. NAVARRO
dnavarro@hsfblaw.com

January 23, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/23/2015 1:17:01 PM
KEITH E. HOTTLE
Clerk

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite #3200
San Antonio, Texas 78205-3037

Re: Cause No. 04-13-00445-CV; *PNP Petroleum I, LP, et al vs. Edna Earnest Taylor, et al*; In the Court of Appeals, Fourt Court of Appeals District, San Antonio, Texas

Dear Mr. Hottle:

Please allow this letter to serve as my vacation notice to the Court and to all counsel of record in the above-referenced cause. Please be advised of the following planned vacation dates:

**March 6, 2015 through March 13, 2015**

Please do not schedule any trials, hearings, or other matters during this time period in connection with the above-referenced matter.

By copy of this letter, I am notifying all counsel of record of this request.

Thank you for your consideration and assistance in this matter. Please do not hesitate to contact me should you have any questions in this regard.

Sincerely,

David W. Navarro

DWN:rmc
cc:

| | |
|---|---|
| Ms. Sara E. Dysart, P.C. | **TELECOPIER (210) 224-1733** |
| Attorney at Law | |
| Mr. James L. Drought | **TELECOPIER (210) 222-0586** |
| Drought, Drought & Bobbitt, L.L.P. | |
| Mr. James M. Truss | **TELECOPIER (210) 226-8395** |
| Mr. Corey F. Wehmeyer | |
| Cox Smith Matthews, Inc. | |
| Mr. David L. Ortega | **TELECOPIER (210) 785-2975** |
| Naman Howell Smith & Lee PLLC | |

7373 Broadway, Suite 300 · San Antonio, Texas 78209
(210) 271-1700 · Fax (210) 271-1740